UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:  Case No. 13-38125-BKC-JKO
Chapter 7

**BRIAN BURTON SCHNEIDER**
SS# XXX-XX-4117

_____Debtor_____/

### TRUSTEE, SCOTT N. BROWN'S MOTION FOR ENTRY OF ORDER APPROVING PROPOSED PRIVATE SALE OF ESTATE'S RIGHT, TITLE AND INTEREST IN NON-EXEMPT REAL PROPERTY TO MC CAPITAL INVESTMENTS, LLC

Scott N. Brown, as Chapter 7 trustee of the bankruptcy estate of Brian Burton Schneider (the "Trustee"), pursuant to 11 U.S.C. §§ 105 and 363, Federal Rules of Bankruptcy Procedure 2002 and 6004, and Local Rule 6004-1, files his Motion for Entry of Order Approving Proposed Private Sale of Estate's Right, Title and Interest in Non-Exempt Real Property to MC Capital Investments, LLC (the "Motion"), and as good cause for same, states as follows:

### I. Jurisdiction and Venue

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O).

3. Venue is proper in this jurisdiction pursuant to 28 U.S.C. §§ 1408 and 1409.

### II. Summary of Requested Relief

4. By this Motion, the Trustee seeks entry of an order approving the proposed private sale of the Estate's right, title and interest in the non-exempt real property located at 2520 S.E. 1st Street, Pompano Beach, Florida 33062, ID # 494306230160 (the "Property") to MC Capital Investments, LLC or its assigns ("MC Capital" or the "Proposed Buyer") for $5,000.00, "AS-IS, WHERE-IS," with no representations or warranties of any type being given by the Trustee or his professionals, and subject to any and all liens, claims, encumbrances,

interests and defenses, whether known or unknown. As detailed below, there does not appear to be any equity in the subject property. The 2013 tax assessed value of the Property is $185,390.00 and Schedule "D" reflects that the Property is encumbered by a mortgage securing a debt in the amount of $378,116.00 .

### III. Procedural and Factual Background

**Case Background**

5. This case commenced as a Chapter 7 proceeding on November 24, 2013 (the "Petition Date"). Shortly thereafter, Scott N. Brown was appointed as Chapter 7 trustee of the Debtor's bankruptcy estate (the "Estate" or the "Bankruptcy Estate").

6. The Section 341 meeting of creditors (the "341 Meeting") was scheduled and held on December 20, 2013.

**The Property**

7. The Debtor's Schedule "A" lists his ownership interest in the Property with a scheduled valuation of $240,000.00.

8. Schedule "D" reflects that the Property is encumbered by a lien in favor of Bank of America, N.A. securing a debt in the amount of $378,116.00.

9. The Property is not claimed as exempt on Schedule "C" and the Debtor testified at the Section 341Meeting of Creditors that he intends to surrender the Property.

### IV. The Proposed Sale

10. MC Capital has offered to purchase the Estate's right, title and interest in the Property for $5,000.00 in cleared funds (the "Purchase Price"), "AS-IS, WHERE-IS," with no representations or warranties of any type being given by the Trustee or his professionals, and subject to all liens, claims, encumbrances, interests and defenses, whether known or unknown (the "Offer"). The Offer is conditioned upon entry of a final, non-appealable order granting the instant Motion and approving the Proposed Sale (defined below).

Case No. 13-38125-BKC-JKO

11. In light of, among other things, the lack of equity in the Property, the Trustee has accepted the Offer, subject to: (a) this Court's approval; (b) higher and better offers as required by 11 U.S.C. § 363; and (c) the terms and conditions set forth in this Motion,[1] which has been reviewed and approved as to form and substance by MC Capital.

12. Upon the filing of this Motion, MC Capital will tender to the Trustee a $1,000.00 deposit, which shall be non-refundable unless the Court does not approve the Proposed Sale.

13. **The proposed sale of the Estate's right, title and interest in the Property is "AS-IS, WHERE-IS," with no representations or warranties of any type, express or implied, being given by the Trustee or his professionals, and subject to any and all liens, claims, encumbrances, interests and defenses, whether known or unknown. In addition, MC Capital represents and warrants to the Trustee that it: (a) has had the opportunity to conduct its own due diligence prior to making the Offer; and (b) has not relied upon any information or documentation provided by the Trustee or the Trustee's employees, agents, representatives or professionals, in making the Offer.**

14. The Trustee asserts that the Offer is the only viable way to monetize the Estate's right, title and interest in the Property and thus, the Trustee asserts that the Proposed Sale to MC Capital, or a higher bidder, is in the best interest of this Estate and its creditors.

---

[1] The sale subject of this Motion shall be referred to as the "Proposed Sale."

3

## V. Requested Relief

15. Accordingly, the Trustee requests this Court approve the Proposed Sale outside of the ordinary course of business, pursuant to 11 U.S.C. § 363(b), which states: "[t]he Trustee, after notice and hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate."

16. The Trustee shall convey the Estate's right, title and interest in the Property by Trustee's Quit Claim Deed, and: (a) an executed Trustee's Quit Claim Deed; and (b) a certified copy of the order granting the instant Motion and approving the Proposed Sale, shall be the only documents the Trustee is required to deliver to the MC Capital to consummate the Proposed Sale.

17. MC Capital shall be responsible for the payment of any and all fees and taxes imposed by any governmental agency arising from or relating to the Proposed Sale, including but not limited to sales tax, documentary stamp tax and recording fees.

**Sound Business Purpose**

18. With respect to satisfying the elements of the "sound business purpose" test[2], for the reasons set forth herein, the Trustee asserts that the Proposed Sale of the Estate's right, title and interest in the Property to MC Capital, or a higher bidder, is the only way to monetize the Estate's right, title and interest in the Property. In addition, creditors and other parties in interest will receive accurate and reasonable notice of the terms of the Proposed Sale through this Motion, and will have the opportunity to make higher and better offers.

**Consideration of Competing Bids**

19. Pursuant to 11 U.S.C. § 363, the Proposed Sale is subject to higher and better offers.

---

[2] *See In re Continental Airlines, Inc.*, 780 F.2d 1223, 1226 (5th Cir. 1986).

Case No. 13-38125-BKC-JKO

20. At the hearing on this Motion (the "Sale Hearing"), the Court shall select the highest and best bid for the purchase of the Estate's right, title and interest in the Property, after considering the recommendations of the Trustee and other interested parties.

**Requested Bid Procedures**

21. Any party wishing to submit a higher and better offer for the Estate's right, title and interest in the Property shall be required to: (a) submit a written offer to the Trustee no later than five (5) business days prior to the Sale Hearing; and (b) tender a $1,000.00 non-refundable[3] bid deposit, in cleared funds to the Trustee, no later than five (5) business days prior to the Sale Hearing, and any offer must be at least $1,500.00 higher than MC Capital's Offer. The Trustee recommends that the bidding be conducted at the Sale Hearing in $1,000.00 increments. In addition, subject to this Court's approval, in the event that MC Capital is not the successful bidder, the Trustee seeks authority to pay a $500.00 break-up fee to MC Capital, to be paid from the sale proceeds at closing.

22. Further, unless otherwise ordered by this Court, any successful bidder other than MC Capital must confirm on the record at the Sale Hearing, that it is willing to purchase of the Estate's right, title and interest in the Property on the terms and conditions set forth in this Motion, and be ready, willing and able to close within three (3) business days of entry of the Approval Order.

**Closing**

23. The Trustee seeks authority to close on the sale of the Estate's right, title and interest in the Property immediately upon Court approval, with MC Capital, or the successful bidder, required to pay the purchase price within three (3) business days of this Court's approval. If MC Capital, or the successful bidder, as the case may be, fails to timely close, the Trustee seeks authority to close the sale transaction with the next highest bidder (the "Back-up

---

[3] In the event that the bidder not the successful bidder or the back-up bidder, the deposit shall be refunded.

Case No. 13-38125-BKC-JKO

Bidder"). The Back-up Bidder shall similarly be required to close within three (3) business days of notification by the Trustee of the successful bidder's failure to close.

24. In addition, the Trustee seeks authority to execute any and all documents he deems reasonable, necessary and/or desirable to effectuate the sale and transfer of the Estate's right, title and interest in the Property to MC Capital or the successful bidder.

25. Finally, because, among other things, the Trustee has no evidence that the Property is insured, the Trustee requests that this Court waive the 14 day stay period pursuant to Rule 6004(h).

26. As stated above, MC Capital has reviewed this Motion prior to its filing and agrees to the terms and conditions set forth herein.

**WHEREFORE,** Scott N. Brown, as Chapter 7 Trustee of the Bankruptcy Estate of Brian Burton Schneider, respectfully requests this Honorable Court enter an Order: (1) granting the instant Motion; (2) approving the Proposed Sale to MC Capital or a higher and better bidder on the terms and conditions set forth herein; (3) authorizing the Trustee to execute any and all documents he deems reasonable, necessary and/or desirable to effectuate the sale and transfer of the Estate's right, title and interest in the Property to the successful bidder; (4) waiving the 14 day stay period pursuant to Rule 6004(h) in the event that the instant Motion is granted; and (5) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished this 24th day of December, 2013, as follows:

via electronic transmission to:

Becket and Lee LLP    notices@becket-lee.com
Joe M. Grant    jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com
Kenneth M Jones    kjones@moodyjones.com
Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

                                                              Case No. 13-38125-BKC-JKO

and via U.S. Mail to all parties on the attached service list.

                                  Respectfully submitted,

                                  /s/ Scott N. Brown
                                  Scott N. Brown, Trustee
                                  SunTrust International Center
                                  1 Southeast Third Avenue - Suite #1440
                                  Miami, Florida 33131
                                  Telephone:  (305) 379-7904
                                  Facsimile:  (305) 379-7905
                                  sbrown@bastamron.com

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

API Marine Sales, Inc.
1311 NW 65th Place
Fort Lauderdale, FL 33309-1991

AT&T
PO Box 6500
Sioux Falls, SD 57117-6500

Advanta Bank Corp
PO Box 31032
Tampa, FL 33631-3032

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

BB&T
2100 W. Cypress Creek Road
Fort Lauderdale, FL 33309-1823

BB&T
PO Box 580050
Charlotte, NC 28258-0050

Brian Burton Schneider
2520 SE 1st Street
Pompano Beach, FL 33062-5416

Chase Bank
PO Box 15548
Wilmington, DE 19886-5548

Florida Power & Light
c/o McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146-1807

Ford Credit
PO Box Box 542000
Omaha, NE 68154-8000

GE Capital Bank
PO Box 4571
Carol Stream, IL 60197-4571

Gecrb/Care Credit
950 Forrer Blvd
Kettering, OH 45420-1469

Real Time Resolutions
1750 Regal Row
Suite N
Dallas, TX 75235-2289

US Small Business Administration
6501 Sylan Road
Suite 122
Citrus Heights, CA 95610-5017

~~Joe M. Grant Esq.~~
~~Marshall Socarras Grant, P.L.~~
~~197 S. Federal Hwy #300~~
~~Boca Raton, FL 33432-4946~~

~~Ford Motor Credit Company LLC~~
~~c/o Kenneth M Jones~~
~~1333 S University Dr #201~~
~~Plantation, FL 33324-4087~~